## JURISDICTIONAL MOTIONS ALLOWED

**93–517.** Leedy v. Cleveland Clinic. *Cuyahoga County,* No. 64642.
MOYER, C.J., and WRIGHT, J., dissent.

**93–570.** Ohio State Chiropractic Assn. v. Ohio Bur. of Workers' Comp. *Franklin County,* No. 92AP–874.
MOYER, C.J., and WRIGHT, J., dissent.

**93–588.** Schwartz v. Comcorp, Inc. *Cuyahoga County,* No. 63479. On motion to certify the record. Motion allowed on Proposition of Law No. I only.
MOYER, C.J., DOUGLAS and PFEIFER, JJ., would allow the entire cause.
A.W. SWEENEY, RESNICK and F.E. SWEENEY, JJ., dissent.

**93–626.** Ramsey v. Neiman. *Summit County,* No. 15786.
WRIGHT, J., would allow on Propositions of Law Nos. I and II only.
MOYER, C.J., and A.W. SWEENEY, J., dissent.

**93–646.** Leber v. Smith. *Erie County,* No. E–87–43. On motion to certify the record. Motion allowed on Propositions of Law Nos. I, II, III, IV, V, VI and VII only.
WRIGHT, J., dissents.
MOYER, C.J., and RESNICK, J., not participating.
*Sua sponte,* Propositions of Law Nos. VIII and IX are dismissed.
MOYER, C.J., and RESNICK, J., not participating.
*Sua sponte,* the following causes are dismissed: 89–688, *Leber v. Smith,* Erie County, No. E–87–43; 92–1987, *Leber v. Smith,* Erie County, No. E–87–43; and 93–832, *State ex rel. Erie Cty. Bd. of Commrs. v. Kobalka.*
MOYER, C.J., and RESNICK, J., not participating.

**93–718.** Ohio Council 8, AFSCME, AFL–CIO v. Cincinnati. *Franklin County,* No. 92AP–782.

## JURISDICTIONAL MOTIONS OVERRULED

**92–2345.** Charter Oak Fed. Savings Bank v. Salaam. *Hamilton County,* No. C–910760.

**93–117.** State v. Tinch. *Warren County,* No. CA91–10–074.

**93–297.** State v. Edwards. *Lorain County,* Nos. 92CA005345 and 92CA005346.

**93–308.** Medina v. Perumbeti. *Cuyahoga County,* No. 64795.
MOYER, C.J., and WRIGHT, J., dissent.

**93–378.** E.D. Masonry, Inc. v. R.P. Carbone Constr. Co. *Cuyahoga County,* No. 63936.
WRIGHT, J., dissents.

**93–506.** In re Petition to Annex 941 Acres From Genoa & Orange Twps. *Delaware County,* No. 92CAE06020.
PFEIFER, J., dissents.

**93–573.** Fant v. Bd. of Trustees. *Cuyahoga County,* No. 61659.

**93–609.** Sykes v. L'Ermitage. *Summit County,* No. 15792.
PFEIFER, J., dissents.

**93–614.** Dannemiller v. Western–Southern Life Ins. Co. *Hamilton County,* No. C–910306.
WRIGHT and RESNICK, JJ., dissent.

**93–618.** Harris v. Fifth Quarter, Inc. *Lucas County,* Nos. L–92–137 and L–92–028.
RESNICK, J., not participating.

**93–648.** Prarat v. Am. Analytical Laboratories, Inc. *Summit County,* No. 15715.

**93–650.** Griffin v. Youth, Inc. *Hamilton County,* No. C–910844.

**93–660.** Fraser v. Bastin. *Butler County,* Nos. CA91–11–200 and CA91–12–208.